THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELLI M. ALLEN, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered July 21, 2008. The judgment convicted defendant, upon her plea of guilty, of robbery in the third degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Fahey, Carni and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD FERRUCCI, Appellant. [887 NYS2d 887]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered July 16, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Centra, Fahey, Carni and Pine, JJ.